**ATLANTIC SURGICAL SUPPLY CORP.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | | STATUS | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| | | ELINA KHANUKOV | 00010 Salaried | | F S 00 S | | 09/30/2021 |

| EARNINGS | | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 2000.00 | 18000.00 | MCWH | 29.00 | 261.00 | | | |
| Total Wages | | | 2000.00 | 18000.00 | SSWH | 124.00 | 1116.00 | | | |
| | | | | | FITW | 183.92 | 1655.28 | | | |
| | | | | | SITW | 63.28 | 569.52 | | | |
| | | | | | LITW | 45.50 | 409.50 | | | |
| TOTALS | | | 2000.00 | 18000.00 | | 445.70 | 4011.30 | | 0.00 | 0.00 |
| NETPAY | | | 1554.30 | 13988.70 | Period 09/01/21-09/30/21 | | | | | |

**ATLANTIC SURGICAL SUPPLY CORP.**

                                              09/30/2021       *******1,554.30
                                                       DATE            AMOUNT

**PAY**  One Thousand Five Hundred Fifty-Four Dollars & 30 Cents

TO THE ORDER OF  
ELINA KHANUKOV  
2830 OCEAN PKWY/APT 22-E  
BROOKLYN, NY 11235

Memo:

⑈0⑈

**ATLANTIC SURGICAL SUPPLY CORP.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | | STATUS | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| | | ELINA KHANUKOV | 00010 Salaried | | F S 00 S | | 09/30/2021 |

| EARNINGS | | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 2000.00 | 18000.00 | MCWH | 29.00 | 261.00 | | | |
| Total Wages | | | 2000.00 | 18000.00 | SSWH | 124.00 | 1116.00 | | | |
| | | | | | FITW | 183.92 | 1655.28 | | | |
| | | | | | SITW | 63.28 | 569.52 | | | |
| | | | | | LITW | 45.50 | 409.50 | | | |
| TOTALS | | | 2000.00 | 18000.00 | | 445.70 | 4011.30 | | 0.00 | 0.00 |
| NETPAY | | | 1554.30 | 13988.70 | Period 09/01/21-09/30/21 | | | | | |

**ATLANTIC SURGICAL SUPPLY CORP.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00010 | STATUS F S 00 S | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| | | ELINA KHANUKOV | | Salaried | | | 10/30/2021 |

| EARNINGS |||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 2000.00 | 20000.00 | MCWH | 29.00 | 290.00 | | | |
| Total Wages | | | 2000.00 | 20000.00 | SSWH | 124.00 | 1240.00 | | | |
| | | | | | FITW | 183.92 | 1839.20 | | | |
| | | | | | SITW | 63.28 | 632.80 | | | |
| | | | | | LITW | 45.50 | 455.00 | | | |
| TOTALS | | | 2000.00 | 20000.00 | | 445.70 | 4457.00 | | 0.00 | 0.00 |
| NETPAY | | | 1554.30 | 15543.00 | Period 09/30/21-10/30/21 | | | | | |

## ATLANTIC SURGICAL SUPPLY CORP.

                        10/30/2021      \*\*\*\*\*\*\*1,554.30
                        DATE              AMOUNT

**PAY** One Thousand Five Hundred Fifty-Four Dollars & 30 Cents

TO THE ORDER OF
ELINA KHANUKOV
2830 OCEAN PKWY/APT 22-E
BROOKLYN, NY 11235

Memo:

⑈0⑈

**ATLANTIC SURGICAL SUPPLY CORP.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00010 | STATUS F S 00 S | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| | | ELINA KHANUKOV | | Salaried | | | 10/30/2021 |

| EARNINGS |||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 2000.00 | 20000.00 | MCWH | 29.00 | 290.00 | | | |
| Total Wages | | | 2000.00 | 20000.00 | SSWH | 124.00 | 1240.00 | | | |
| | | | | | FITW | 183.92 | 1839.20 | | | |
| | | | | | SITW | 63.28 | 632.80 | | | |
| | | | | | LITW | 45.50 | 455.00 | | | |
| TOTALS | | | 2000.00 | 20000.00 | | 445.70 | 4457.00 | | 0.00 | 0.00 |
| NETPAY | | | 1554.30 | 15543.00 | Period 09/30/21-10/30/21 | | | | | |

**KHANUKOV, ELINA**
Paycheck
Main Location

Pay Date: 10/29/2021

TRANSACTION DATE: 10/28/2021 - 3:44 PM

PAY PERIOD: 10/1/2021 - 10/31/2021

### EARNINGS

| | |
|---|---|
| REGULAR | $3,668.29 |
| GROSS PAY | $3,668.29 |

### HOURS

| | |
|---|---|
| TOTAL HOURS | 0.00 |

### EMPLOYEE WAGES

| | |
|---|---|
| FEDERAL INCOME TAX | $3,668.29 |
| SOCIAL SECURITY | $3,668.29 |
| MEDICARE | $3,668.29 |
| PENNSYLVANIA STATE TAX | $3,668.29 |
| PENNSYLVANIA SUI | $3,668.29 |
| PHILADELPHIA | $3,668.29 |

### EMPLOYEE TAXES

| | |
|---|---|
| FEDERAL INCOME TAX | $255.11 |
| SOCIAL SECURITY | $227.43 |
| MEDICARE | $53.19 |
| PENNSYLVANIA STATE TAX | $112.62 |
| PENNSYLVANIA SUI | $2.20 |
| PHILADELPHIA | $126.49 |
| TOTAL EMPLOYEE TAXES | $777.04 |
| NET PAY | $2,891.25 |

### DEDUCTIONS

| | |
|---|---|
| TOTAL DEDUCTIONS | $0.00 |

### EMPLOYER CONTRIBUTIONS

| | |
|---|---|
| TOTAL CONTRIBUTIONS | $0.00 |

### EMPLOYER WAGES

| | |
|---|---|
| TAXABLE EMPLOYER SOCIAL SECURITY | $3,668.29 |
| TAXABLE EMPLOYER MEDICARE TAX | $3,668.29 |
| TAXABLE FEDERAL UNEMPLOYMENT TAX | $0.00 |
| TAXABLE PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $0.00 |
| GROSS FEDERAL UNEMPLOYMENT TAX | $3,668.29 |
| GROSS PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $3,668.29 |

### EMPLOYER TAXES

| | |
|---|---|
| EMPLOYER SOCIAL SECURITY | $227.43 |
| EMPLOYER MEDICARE TAX | $53.19 |
| FEDERAL UNEMPLOYMENT TAX | $0.00 |
| PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $0.00 |
| TOTAL EMPLOYER TAXES | $280.62 |

POWERED BY
**PATRIOT**

**KHANUKOV, ELINA**
Paycheck
Main Location

Pay Date: **11/30/2021**

TRANSACTION DATE: 11/23/2021 - 10:41 AM

PAY PERIOD: 11/1/2021 - 11/30/2021

| EARNINGS | | EMPLOYEE WAGES | | EMPLOYEE TAXES | |
|---|---|---|---|---|---|
| REGULAR | $3,668.29 | FEDERAL INCOME TAX | $3,668.29 | FEDERAL INCOME TAX | $255.11 |
| GROSS PAY | $3,668.29 | SOCIAL SECURITY | $3,668.29 | SOCIAL SECURITY | $227.43 |
| **HOURS** | | MEDICARE | $3,668.29 | MEDICARE | $53.19 |
| TOTAL HOURS | 0.00 | PENNSYLVANIA STATE TAX | $3,668.29 | PENNSYLVANIA STATE TAX | $112.62 |
| | | PENNSYLVANIA SUI | $3,668.29 | PENNSYLVANIA SUI | $2.20 |
| | | PHILADELPHIA | $3,668.29 | PHILADELPHIA | $126.49 |
| | | | | TOTAL EMPLOYEE TAXES | $777.04 |
| | | | | NET PAY | $2,891.25 |

| DEDUCTIONS | | EMPLOYER WAGES | | EMPLOYER TAXES | |
|---|---|---|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | TAXABLE EMPLOYER SOCIAL SECURITY | $3,668.29 | EMPLOYER SOCIAL SECURITY | $227.43 |
| **EMPLOYER CONTRIBUTIONS** | | TAXABLE EMPLOYER MEDICARE TAX | $3,668.29 | EMPLOYER MEDICARE TAX | $53.19 |
| TOTAL CONTRIBUTIONS | $0.00 | TAXABLE FEDERAL UNEMPLOYMENT TAX | $0.00 | FEDERAL UNEMPLOYMENT TAX | $0.00 |
| | | TAXABLE PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $0.00 | PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $0.00 |
| | | GROSS FEDERAL UNEMPLOYMENT TAX | $3,668.29 | TOTAL EMPLOYER TAXES | $280.62 |
| | | GROSS PENNSYLVANIA STATE UNEMPLOYMENT (SUTA) | $3,668.29 | | |

POWERED BY
**PATRIOT**