# UNITED STATES BANKRUPTCY COURT

Eastern  DISTRICT OF  New York

Clear All Fields

In Re. Elina Khanukov

§
§
§
§
§

Debtor(s)

Case No.  21-43062

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Petition Date: 12/10/2021

Months Pending: 1

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

01/26/2022
Date

Printed Name of Responsible Party  Elina Khanukov

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name  Elina Khanukov                                    Case No.  21-43062

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $44,868 | |
| b. | Total receipts (net of transfers between accounts) | $2,275 | $2,275 |
| c. | Total disbursements (net of transfers between accounts) | $1,748 | $1,748 |
| d. | Cash balance end of month (a+b-c) | $45,396 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,748 | $1,748 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory     (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name  Elina Khanukov

Case No.  21-43062

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | | Other | $0 | $0 | $0 | $0 |
| Delete ii | | | $0 | $0 | $0 | $0 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | | | $0 | $0 | $0 | $0 |
| Delete ii | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | $0 | $0 | $0 | $0 |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)      Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)      Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?      Yes ○  No ◉

d. Are you current on postpetition tax return filings?      Yes ○  No ◉

e. Are you current on postpetition estimated tax payments?      Yes ○  No ◉

f. Were all trust fund taxes remitted on a current basis?      Yes ○  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)      Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?      Yes ○  No ○  N/A ◉

i. Do you have:  Worker's compensation insurance?      Yes ○  No ◉
      If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)
    Casualty/property insurance?      Yes ○  No ◉
      If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)
    General liability insurance?      Yes ○  No ◉
      If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?      Yes ○  No ◉

UST Form 11-MOR (06/07/2021)                    3

Click "Generate PDF" to Remove Watermark

Debtor's Name **Elina Khanukov**                                    Case No. 21-43062

k.  Has a disclosure statement been filed with the court?        Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as          Yes ◉   No ○
    set forth under 28 U.S.C. § 1930?

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $2,054 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $221 |
| d. | Total income in the reporting period (a+b+c) | $2,275 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $1,725 |
| h. | All other expenses | $22 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,748 |
| j. | Difference between total income and total expenses (d-i) | $527 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11    Yes ○   No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?    Yes ○   No ○   N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____                              _Elina Khanukov_
Signature of Responsible Party                       Printed Name of Responsible Party

_____                              _01/26/2022_
Title                                                Date

[ Save ]                                             [ Generate PDF for Court Filing and Remove Watermark ]



**America's Most Convenient Bank®**

# Good morning, ELINA KHANUKOV

Today is Jan 14, 2022. | Last accessed: Jan 6, 2022 10:07 AM ET.

| Deposits | Available Balance | Today's Beginning Balance | Pending Transactions |
|---|---|---|---|
| TD SIMPLE SAVINGS IRA (4185 | $27,910.40 | $27,910.40 | -- |
| TD SIMPLE SAVINGS IRA (1775 | $6,000.73 | $6,000.73 | -- |
| Total | $33,911.13 | | |

### Are you a TD Ameritrade client?

If so, you can set up your investment accounts* to display right here in your TD Bank account summary.

### Get started

California Residents: Learn about the California Consumer Privacy Act & Make a Privacy Request

© 2022 TD Bank, N.A. All Rights Reserved

1/14/2022, 11:12 AM



**America's Most Convenient Bank®**

# Good morning, ELINA KHANUKOV

**Today is Jan 14, 2022. | Last accessed: Jan 12, 2022 7:09 AM ET.**

| Deposits | Available Balance | Today's Beginning Balance | Pending Transactions |
|---|---|---|---|
| TD CONVENIENCE CHECKING<br>6979 | $5,376.36 | $5,376.36 | $0.00 |
| Total | $5,376.36 | | |

### Are you a TD Ameritrade client?

If so, you can set up your investment accounts* to display right here in your TD Bank account summary.

### Get started

California Residents: Learn about the California Consumer Privacy Act & Make a Privacy Request

© 2022 TD Bank, N.A. All Rights Reserved

1/14/2022, 11:10 AM



Printed from Chase Personal Online

## ▼ Accounts

**PREMIER PLUS CKG (...7765)** ›

# $100.18
Available balance

+$102.79
Deposits this month

-$2,503.24
Withdrawals this month

---

**CHASE PLUS SAVINGS (...2795)** ›

# $0.00
Available balance

---

**CHASE PLUS SAVINGS (...5556)** ›

# $0.00
Available balance

---

**Disclosures**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC (JPMS)**, a member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. In Florida. JPMCB, JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

INVESTMENT AND INSURANCE PRODUCTS ARE:
- NOT FDIC INSURED
- NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
- NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
- SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

1/14/2022, 10:45 AM

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 10, 2021 through January 11, 2022
Primary Account ▓▓▓▓▓▓▓▓7765



ELINA KHANUKOV
2935 W 5TH ST APT 15F
BROOKLYN NY 11224

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▓▓▓▓▓7765 | $1,740.63 | $96.40 |
| Chase Plus Savings | ▓▓▓▓5556 | 1,002.55 | 52.56 |
| Total | | $2,743.18 | $148.96 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$2,743.18** | **$148.96** |

ELINA KHANUKOV

Account Number ▓▓▓▓▓▓7765

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,740.63** |
| Deposits and Additions | 950.01 |
| ATM & Debit Card Withdrawals | -40.00 |
| Electronic Withdrawals | -2,529.24 |
| Fees | -25.00 |
| **Ending Balance** | **$96.40** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2021 for account ▓▓▓▓▓▓7765 was $0.31.



December 10, 2021 through January 11, 2022

Primary Account ██████████7765

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $1,740.63 |
| 12/13 | 12/13 Online Realtime Transfer To Ruslan  4114 Transaction#: ████ ███9385 Reference ████ ████9385Rx | -100.00 | 1,640.63 |
| 12/17 | Zelle Payment To Son ████ ████9077 | -50.00 | 1,590.63 |
| 12/24 | Card Purchase        12/23 Select Diagnostic Imagi Brooklyn NY Card 5574 | -40.00 | 1,550.63 |
| 12/27 | Online Transfer From Mma ...5556 Transactio██ ████ ████4086 | 950.00 | 2,500.63 |
| 01/05 | Wf Home Mtg      Auto ████ ████9115    Web ██ ████ ████7461 | -1,086.01 | 1,414.62 |
| 01/05 | Navient      Pmt ██ ████ ████4325    Web ID ████ ████9731 | -200.00 | 1,214.62 |
| 01/05 | M██ ████ ████6222 ████ ████ ████8001   Tel ID: Mbfs | -538.23 | 676.39 |
| 01/05 | Rep Cf Mbfs ████ ████3555 ████ ████8393 Tel ID: Rpmbfscv | -15.00 | 661.39 |
| 01/07 | Zelle Payment To Son ████ ████5372 | -155.00 | 506.39 |
| 01/10 | Zelle Payment To Viktoriya Nat██ ████6060 | -110.00 | 396.39 |
| 01/11 | Zelle Payment To Natalya Yoga ████0140 | -55.00 | 341.39 |
| 01/11 | Zelle Payment To Tanya Massag██ ████7914 | -220.00 | 121.39 |
| 01/11 | Interest Payment | 0.01 | 121.40 |
| 01/11 | Monthly Service Fee | -25.00 | 96.40 |
| | Ending Balance | | $96.40 |

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $2,289.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**





December 10, 2021 through January 11, 2022

Primary Account: 0000 0083 2777765

JASON JOSEPH MOVSUMOV

BY ELINA KHANUKOV NYUTMA

Account Number: ████████████5556

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,002.55** |
| Deposits and Additions | 0.01 |
| Electronic Withdrawals | -950.00 |
| **Ending Balance** | **$52.56** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2021 for account ████████5556 was $0.73.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.55** |
| 12/27 | 12/25 Online Transfer To Chk ...7765 Transaction ████████4086 | -950.00 | 52.55 |
| 01/11 | Interest Payment | 0.01 | 52.56 |
| | **Ending Balance** | | **$52.56** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



December 10, 2021 through January 11, 2022
Primary Account: ███████████7765

This Page Intentionally Left Blank

# Citi **Priority**



(/US/ag
/mrc/dashboard)  **Accounts**    **Payments
&
Transfers**

**Services**    **Explore
Products**

PROFILE

**Rewards
& Offers**

(/US/ag/citibank-location-
finder)

ATM / BRANCH

(/US/ag/Sign Off

**Open an
Account**

(/open-
a-bank-
account)

**Welcome, ELINA**
Last sign on: Jan. 12, 2022 (7:09 AM ET) from computer.

**Help us keep your account safe by updating your password.**
**Change Password Now (/US/ag/profile-update/change-password)**

Accounts Overview                                         Rewards

**Checking-9245**

Available Now
**$29,000.00**

On Deposit
$29,000.00

Transfer (/US/ag/lat-transfer/landing?destAccoun███████1253█████████
Pay a Bill (/US/ag/paymentHub/upcomingAndAllBillPayees)

New Document(s) Available: New Letter **View Now**

**NEW!** Pay no Citibank wire transfer fee when you send money in a foreign currency from your consumer account via C

**Get Started (/US/ag
/paymentHub
/newRecipient?Intc=2_1_51_5_210722_2_BankA**

## Interest Checking-5742

Available Now

$6,289.02

On Deposit

$6,289.02

Transfer (/US/ag/lat-transfer/landing?destAccountId=76615a█████3922c█████

Pay a Bill (/US/ag/paymentHub/upcomingAndAllBillPayees)

Finance your plans with a Citi® Personal Loan. You're pre-selected! **Apply Now**

## Looking for more?

Check out your

### Rewards & Resources

**Why Citi**

**Wealth Management**

**Business Banking**

**Rates**

## Help & Support

◢

**© 2022 Citigroup Inc**

Terms & Conditions (/US/ag/termsdisclaimer/termsdisclaimerhome)

Privacy (/US/JRS/portal/template.do?ID=Privacy)

Notice at Collection (/JRS/portal/template.do?ID=Privacy#notice-at-collection)

CA Privacy Hub (/US/ag/dataprivacyhub)

Accessibility (/US/JRS/portal/template.do?ID=Accessibility)

**Important Legal Disclosures & Information**

Citibank.com provides information about and access to accounts and financial services provided by Citibank, N.A. and its affiliates in the United States and its territories. It does not, and should not be construed as, an offer, invitation or solicitation of services to individuals outside of the United States.

Terms, conditions and fees for accounts, products, programs and services are subject to change. Not all accounts, products, and services as well as pricing described here are available in all jurisdictions or to all customers. Your eligibility for a particular product and service is subject to a final determination by Citibank. Your country of citizenship, domicile, or residence, if other than the United States, may have laws, rules, and regulations that govern or affect your application for and use of our accounts, products and services, including laws and regulations regarding taxes, exchange and/or capital controls that you are responsible for following.

The products, account packages, promotional offers and services described in this website may not apply to customers of International Personal Bank U.S. (/JRS/portal/template.do?ID=international-personal-bank&l=en&locale=en_US) in the Citigold® Private Client International, Citigold® International, Citi International Personal, Citi Global Executive Preferred, and Citi Global Executive Account Packages.

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.
**Account**
▇▇▇▇9245

ELINA KHANUKOV
2830 OCEAN PARKWAY APT 22E
BROOKLYN NY            11235-7940

**Statement Period**
**Dec 8 - Jan 9, 2022**

Page 1 of 4

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$29,000.00** |
| **Savings** | ----- |
| **Investments** **(not FDIC insured)** | ----- |
| **Loans** | ----- |

Please note, in the event you were referred by a Citi affiliated company or other parties to open an account with Citibank, you agree to contact us for any complaints or inquiries related to your Citibank accounts.

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | $12.00(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

### Regular Checking

▇▇▇▇9245

| | | |
|---|---|---|
| | **Beginning Balance:** | $29,000.00 |
| | **Ending Balance:** | $29,000.00 |

ELINA KHANUKOV

Account ██████9245       Page 2 of 4
Statement Period -  Dec 8 - Jan 9, 2022

001/R1/04F000

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**

**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**IN CASE OF ERRORS**

**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING
LENDER

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ELINA KHANUKOV

Accou▮▮ ▮▮▮▮▮9245          Page 3 of 4          001/R1/04F000
Statement Period -  Dec 8 - Jan 9, 2022

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| | | |
|---|---|---|
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | . | |
| BALANCE  (8 less 9 should equal your checkbook balance). | | |

**Checks and Other Withdrawals Outstanding**
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on or above if applicable | |
| Total | |

ELINA KHANUKOV

Account ████ 9245          Page 4 of 4
Statement Period -  Dec 8 - Jan 9, 2022

001/R1/04F000

**This page has been intentionally left blank.**

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

 

ELINA KHANUKOV
DIP CASE 21-43062 EDNY
2830 OCEAN PKWY APT 22E
BROOKLYN NY 11235

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 24 2021-Jan 23 2022 |
| Cust Ref #: | ▓▓▓▓▓▓T-### |
| Primary Account #: | ▓▓▓6979 |

## TD Convenience Checking

ELINA KHANUKOV
DIP CASE 21-43062 EDNY

Account  6979

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,647.75 | Average Collected Balance | 3,315.40 |
| Deposits | 40,269.78 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,319.51 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 39,598.02 | Days in Period | 31 |

## DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | MOBILE DEPOSIT | 127.01 |
| 12/30 | MOBILE DEPOSIT | 500.00 |
| 01/06 | MOBILE DEPOSIT | 500.00 |
| 01/10 | MOBILE DEPOSIT | 9.11 |
| 01/11 | DEPOSIT | 3,000.00 |
| 01/19 | DEPOSIT | 844.38 |
| 01/21 | DEPOSIT | 35,289.28 |
| | Subtotal: | 40,269.78 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | ACH DEBIT, HARLAND CLARKE CHK ORDERS ▓▓▓▓ 3741L7 | 22.02 |
| 12/30 | ELECTRONIC PMT-WEB, NATIONAL GRID NY UTILITY ▓▓▓ 2463 | 210.49 |
| 01/03 | ACH DEBIT, METLIFE PAYM ▓▓▓ 7554 | 175.00 |
| 01/19 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6OHHC2VHDR1 | 250.00 |
| 01/21 | ACH DEBIT, UPC INSURAN ▓▓▓ 7785 2OARX725CLWAZ03 | 1,662.00 |
| | Subtotal: | 2,319.51 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/23 | 1,647.75 | 01/10 | 2,376.36 |
| 12/24 | 1,625.73 | 01/11 | 5,376.36 |
| 12/30 | 2,042.25 | 01/19 | 5,970.74 |
| 01/03 | 1,867.25 | 01/21 | 39,598.02 |
| 01/06 | 2,367.25 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 39,598.02 |
| ❷ Total Deposits   + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

 

ELINA KHANUKOV
DIP 1 21 43062 ESS
2830 OCEAN PKWY APT 22E
BROOKLYN NY  11235

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 15 2021-Dec 23 2021 |
| Cust Ref #: | T-### |
| Primary Account #: | 6979 |



## TD Convenience Checking

ELINA KHANUKOV
DIP 1 21 43062 ESS

Accou6979

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 366.16 |
| Deposits | 1,647.75 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,647.75 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 9 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | MOBILE DEPOSIT | 93.45 |
| 12/22 | MOBILE DEPOSIT | 1,554.30 |
| | Subtotal: | 1,647.75 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/15 | 0.00 | 12/22 | 1,647.75 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1 Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3 Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **Ending Balance** | 1,647.75 |
| **Total Deposits** + | |
| **Sub Total** | |
| **Total Withdrawals** - | |
| **Adjusted Balance** | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY -- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

**In case of Errors or Questions About Your Bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



OLEG MOVSUMOV
ELINA KHANUKOV
2830 OCEAN PKWY 22 E
BROOKLYN NY 11235-7940

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 11 2021-Jan 10 2022 |
| Cust Ref #: | T-### |
| Primary Account #: | 0704 |



## TD Convenience Checking

OLEG MOVSUMOV
ELINA KHANUKOV

Accoun          0704

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,850.20 | Average Collected Balance | 935.20 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 1,385.00 | Interest Paid Year-to-Date | 0.00 |
| Service Charges | 1.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 464.20 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/07 | 104 | 60.00 | 12/27 | 130 | 500.00 |
| 12/17 | 129* | 825.00 | | | |
| | | | | Subtotal: | 1,385.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 1.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/10 | 1,850.20 | 01/07 | 465.20 |
| 12/17 | 1,025.20 | 01/10 | 464.20 |
| 12/27 | 525.20 | | |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance            404.20

❷ Total Deposits      +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

010/R1/04F000
0

**December 1 - December 31, 2021**
**Citi Priority Account ....5742**

**CITI PRIORITY SERVICES**
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

ELINA KHANUKOV
2830 OCEAN PARKWAY APT 22E
BROOKLYN NY          11235-7940

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Citibank Accounts | | |
|---|---|---|
| **Checking** | | |
| Checking | 13,327.50 | 11,274.98 |
| **Savings** | | |
| Insured Money Market Accounts | 0.26 | 0.26 |
| **Citi Priority Relationship Total** | **$13,327.76** | **$11,275.24** |

| Citibank Accounts | | |
|---|---|---|
| **Checking** | | |
| Checking | 0.12 | 3.52 |
| **Savings** | | |
| Insured Money Market Accounts | 0.00 | 0.02 |
| **Citi Priority Relationship Total** | **$0.12** | **$3.54** |

* To ensure quality service, calls are randomly monitored and may be recorded.

**December 1 - December 31, 2021**     Page 2 of 4
ELINA KHANUKOV
Citi Priority Accou▌▌▌5742

When determining your fees for this statement period, Citibank considered the combined average monthly balances during the prior month in all of your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements.

*Monthly Service Fees are waived with $50,000 in combined average monthly balances from deposits, retirement accounts, and investments.

All fees assessed in this statement period will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

| Fees | Your Combined Balance Range $25,000-$49,999 |
|---|---|
| Monthly Service Fee* | $30.00 |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

**Checking Activity**

**Interest Checking ▌▌▌5742**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/01/21 | Opening Balance | | | 13,327.50 |
| 12/01/21 | Monthly Service Fee | 30.00 | | 13,297.50 |
| 12/02/21 | ACH Electronic Debit  FLAGSTAR  LOAN P▌▌▌5680 | 5,022.64 | | 8,274.86 |
| 12/08/21 | Mobile Deposit | | 3,000.00 | 11,274.86 |
| 12/31/21 | Interest for 31 days, Annual Percentage Yield Earned 0.01% | | 0.12 | 11,274.98 |
| | Total Subtracted/Added | 5,052.64 | 3,000.12 | |
| 12/31/21 | Closing Balance | | | 11,274.98 |

ThankYou®
Summary

### ThankYou® Points Summary

| Points earned with checking account and eligible linked products and services | 500 |
|---|---|

Go to thankyou.com to review your current point balance and redeem for rewards

Summary includes only points awarded for your Citibank checking account relationship for this activity this statement period and does not reflect any bonus points received through promotional offers. In certain circumstances, there may be a delay between display of Points on checking statement and corresponding credit of points to your ThankYou Member Account. Points are not available for redemption until they appear in your ThankYou Member Account. Please refer to the ThankYou Rewards Terms and Conditions for important details about earning points with your Citibank checking account and how to redeem them.

Citibank®
Savings Plus
Account Activity

**Citibank® Savings** ▮▮▮5750

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/01/21 | Opening Balance | | | 0.26 |
| 12/31/21 | Closing Balance | | | 0.26 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CHECKING ACCOUNTS**
The following accounts described on this statement have been combined onto one monthly statement. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number, 2) the name of the person receiving the funds, and if known, his or her telephone number or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy for the error. If we determine there was an error, we will promptly: a) resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine there was an error, we will correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND XEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CREDIT PRODUCTS**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each (1) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report Interest Charges separately or combined for the same loan types under "Interest/fees charged." Any missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments online using CitiManager, by phone - call (888) 275-2484, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78025, Phoenix, AZ 85062-8003

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.



EQUAL HOUSING
LENDER

Citibank is an Equal Housing Lender.      Citibank, N.A. Member FDIC